UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROGER DALE MOOREHEAD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:05CV00188 ERW |
| ) | |
| TROY STEELE,[1] ) | |
| ) | |
| Respondent. ) | |

## CERTIFICATE OF APPEALABILITY

In accordance with the Memorandum and Order of this Court filed on this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Petitioner is **DENIED** a Certificate of Appealability.

Dated this 17th Day of March, 2008.

                                  _E. Richard Webber_
                                  E. RICHARD WEBBER
                                  UNITED STATES DISTRICT JUDGE

---

[1] Troy Steele is now the Warden of the Southeast Correctional Center, and is substituted for former Warden Chuck Dwyer pursuant to Fed. R. Civ. P. 25(d).

PDF created with FinePrint pdfFactory trial version www.pdffactory.com